IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RYAN YOUNG, an Individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHRINERS HOSPITALS FOR CHILDREN, a corporation,<br><br>　　　　　Defendant. | Case No.: 3:25-cv-00248-SB<br><br>**STIPULATED ORDER AWARDING ATTORNEY FEES TO SKY LAKES MEDICAL CENTER** |

Page 1 -   **STIPULATED ORDER AWARDING ATTORNEY FEES TO SKY LAKES MEDICAL CENTER**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

130898\295265\50038978.1

Pursuant to the Court's Opinion and Order dated January 27, 2026 (ECF 30), counsel for Young and counsel for movant Sky Lakes Medical Center ("Sky Lakes") have conferred regarding an appropriate fee award and payment deadline.

WHEREFORE: The parties jointly stipulate that Young's counsel will pay $2,525.33 to movant Sky Lakes by March 23, 2026. The payment shall be in the form of a check made payable to "Sky Lakes Medical Center," delivered to:

>Sky Lakes Medical Center
>C/O Jon French, Vice President and General Counsel
>2865 Daggett Avenue,
>Klamath Falls, OR 97601

Young's counsel shall also send a copy of the payment transmittal letter and check to Sky Lakes' counsel.

IT IS SO STIPULATED this 13th day of February, 2026.

| RUGGED LAW, INC. | SCHWABE, WILLIAMSON & WYATT, P.C. |
|---|---|
| s/ Caroline Janzen | s/ Nicholas D. Lauren |
| Caroline Janzen, OSB #176233 | Kelly S. Riggs, OSB #094862 |
| Email: caroline@ruggedlaw.com | Email: kriggs@schwabe.com |
| Paul Janzen, OSB #176240 | Nicholas D. Lauren, OSB #172039 |
| Email: paul@ruggedlaw.com | Email: nlauren@schwabe.com |
| Attorneys for Plaintiff | Megan J. Breen, OSB #213676 |
| | mbreen@schwabe.com |
| | Attorneys for Defendant |

IT IS SO ORDERED.

_s/ Stacie F. Beckerman_
HON. STACIE F. BECKERMAN
United States Magistrate Judge

February 17, 2026
DATE

Page 2 -   STIPULATED ORDER AWARDING ATTORNEY FEES TO SKY LAKES MEDICAL CENTER

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

130898\295265\50038978.1